IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JONATHAN JOHNSON,

    Plaintiff,

v.

    CASE NO. 2:15-CV-071
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE NORAH MCCANN KING

COLUMBIA GAS TRANSMISSION, LLC,

    Defendant.

ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

1-15-2015
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE